## FISK *v.* PROCTOR.

*Compensation for injuries sustained by a purchaser in consequence of defects in the thing sold, can only be recovered in a redhibitory action, or in an action quanti minoris; and in either action the plaintiff must allege and prove a tender of the thing sold.*

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Bartlette*, for the appellant. *L. Peirce*, for the defendant. The judgment of the court (*Rost*, J. absent,) was pronounced by

KING, J. The plaintiff claims in this action damages, on the ground that a slave sold to him by the defendant was an habitual runaway. There is no allegation or proof of a tender of the slave previous to the commencement of the suit, and on this ground a judgment, as in case of non-suit, was rendered in the lower court, from which the plaintiff has appealed.

He contends that this, being a suit for damages, it is not subject to the rules which govern redhibitory actions. In the case of *Richardson* v. *Johnson*, 2 An. Rep. 389, we hold that compensation for injuries sustained by the purchaser, in consequence of defects in the thing sold, can only be recovered in a redhibitory action, or an action *quanti minoris*, and that the forms of those actions must in such cases be complied with. Those forms have not been observed in the present instance.          *Judgment affirmed.*